**PROPOSED ORDER/COVER SHEET**

FILED

JUN 15 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

**TO:**   **Honorable Patricia Trumbull**
          **U.S. Magistrate Judge**

**RE:**   **David Litton**

**FROM:**  **Claudette M. Silvera, Chief**
           **U.S. Pretrial Services Officer**

**DOCKET NO.:**   **CR 05-00266 JW**

**DATE:**  **June 13, 2005**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Betty A. Kim**                                    **(510) 637-3755**
**U.S. Pretrial Services Officer**                  **TELEPHONE NUMBER**

**RE:**   **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☑ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☑ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____         __6/14/05__
**JUDICIAL OFFICER**                      **DATE**