PROPOSED ORDER/COVER SHEET



JUL 20 2005

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

TO:   Honorable Patricia Trumbull          RE:   David Litton
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief          DOCKET NO.:   CR 05-00266 JW
      U.S. Pretrial Services Officer

DATE: July 18, 2005

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty A. Kim                                (510) 637-3755
U.S. Pretrial Services Officer              TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ (pvt) Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __5__ on __7/28/05__ at __1:30pm__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☒ (pvt) I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

__Patricia V. Trumbull__                    __7/20/05__
JUDICIAL OFFICER                            DATE

Cover Sheet (12/03/02)