PROPOSED ORDER/COVER SHEET

FILED
AUG 25 2005
CLERK
NORTHERN U.S. DISTRICT COURT
OF CALIFORNIA

| | | | |
|---|---|---|---|
| TO: | Honorable Patricia V. Trumbull<br>U.S. Magistrate Judge | RE: | David Litton |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 05-00266 JW |
| DATE: | August 24, 2005 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Betty A. Kim | (510) 637-3755 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 on 8/31/05 at 9:30 Am.

☒ (pvt) Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge Trumbull   Presiding   District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____
_____

Patricia V. Trumbull                                      8/25/05
JUDICIAL OFFICER                                         DATE

Cover Sheet (12/03/02)