**CHAMBERS COPY**

**E-Filing**

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00266 JW |
| Plaintiff, ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| DAVID CHRISTOPHER LITTON, ) | |
| Defendant. ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States, the plea agreement between the parties, and good cause appearing,

IT IS HEREBY ORDERED that defendant David Christopher Litton shall forfeit to the United States all of his right, title and interest in the following property, pursuant to Title 18, United States Code, Section 2252A(a)(5)(B) and Title 18, United States Code, Section 2253(a)(3):

a. a desktop computer (no identifiable model number or serial number);

b. a CTX E-Book laptop computer, Model # Ezbook 700 Series, Serial #770MTXJ-807237;

c. a Compaq Presario laptop computer, Model # 1210US, Serial # 1V17JNY6D083;

d. a View Sonic 1765 monitor, Model # 1769GS-2, Serial # 20614576;

e. an Intel digital web camera, Model # CS330, Serial # 20614576;

f. two hundred and thirty nine CD-ROM's; and

    g. seventeen 3.5" floppy diskettes.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendants, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 19 day of September, 2005.

JAMES WARE
United States District Judge