E-Filing

cc: financ[e]

1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LITTON

6

7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,           )
13                                     )
                  Plaintiff,           )   No. CR 05-00266-JW
14                                     )
                                       )   [~~PROPOSED~~] ORDER
15  vs.                                )   EXONERATING BOND AND
                                       )   RELEASING SECURITY
16  DAVID CHRISTOPHER LITTON,          )
                                       )
17                Defendant.           )

18
   To:  Richard W. Wieking, Clerk of the Court
19
        It is hereby ORDERED that the $10,000 in cash, which was posted as security for the bond in
20
   this case on December 6, 2004, is released.  The Clerk of the United States District Court for the
21
   Northern District of California shall forthwith return the cash held as security for the bond in this
22
   case to James and Sheila Litton, 3180 Galahad Court Fremont, CA  94536-5129, whose names are
23
   listed on the bond order as having posted the security in this case.
24

25  Dated:  November 29, 2005                          _____
26                                                     JAMES WARE
                                                       United States District Judge



RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF
CALIFORNIA

SAN JOSE, CA

5511408

RECEIVED FROM:
LITTON, SHEILA AND JANE
3188 GALAHAD COURT
FREMONT, CA 94536

Case Number:
5:04MAGA267-RS

F/U/B/O:

Party ID:

Tender Type:       CHECK
05-684788         $10,000.00

Registry Funds

Remarks: Cash Bond for DAVIDC.
LITTON CHECK # 1005

Subtotal:         $10,000.00

Receipt Total:    $10,000.00

* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date: 12/6/04
Clerk: