KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile:  (408) 535-5066
   Email: shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00266 JW |
|       Plaintiff, ) | |
|   ) | STIPULATION TO CONTINUE HEARING ON PROBATION'S REQUEST TO MODIFY THE SPECIAL CONDITIONS OF DEFENDANT'S SUPERVISED RELEASE TO INCLUDE SEX OFFENDER TREATMENT AND [PROPOSED] ORDER |
| v. ) | |
| DAVID CHRISTOPHER LITTON, ) | |
|       Defendant. ) | |

It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant DAVID CHRISTOPHER LITTON, Assistant Federal Public Defender Angela Hansen, that the date set for the hearing on the Probation Office's request to modify the special conditions of the defendant's supervised release to include sex offender treatment be continued from September 13, 2006 at 9:00 a.m. to September 18, 2006 at 1:30 p.m.  This continuance is necessary because counsel for the United States will be out of town on a business trip on the original date of September 13, 2006.

The parties also stipulate that, given that this matter is being rescheduled for the Court's regular Monday criminal calendar, that the hearing will consist of argument on the papers, and

that if the Court determines that an evidentiary hearing will be necessary, that a later date will be set for the evidentiary hearing at a time that is convenient to the Court's schedule, so that the parties can arrange for the production of their respective witnesses.

Dated this _15___th day of August, 2006.

/S/
_____
SHAWNA YEN
Assistant U.S. Attorney

Dated this _15__th day of August, 2006.

/S/
_____
ANGELA HANSEN
Assistant Federal Public Defender

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the hearing on this case on the Probation Office's request to modify the special conditions of the defendant's supervised release to include sex offender treatment be continued from September 13, 2006 at 9:00 a.m. to September 18, 2006 at 1:30 p.m.

Dated this 22nd day of August, 2006.

_____
JAMES WARE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

ANGELA HANSEN
Assistant Federal Public Defender
Federal Public Defender
Northern District of California, San Jose Division
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

2