BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LITTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00266 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING |
| vs. | |
| DAVID LITTON, | |
| Defendant. | |

**STIPULATION**

The parties hereby stipulate and agree that the date for filing the defendant's reply brief re: Probation's Request to Modify Conditions of Supervised Release may be extended to October 2, 2006 and that the hearing date of September 18, 2006 at 1:30 p.m. may be continued to October 16, 2006 at 1:30 p.m.  The reason for this request is that the case was only recently transferred within the Federal Public Defender's office, after the filing of Defendant's Objection to Probation's Request to Modify and the United States' Response, and the undersigned Assistant Federal Public Defender requires additional time to review the briefing of both parties, to investigate the relevant factual claims, before preparing the reply.

In the event that the Court at the conclusion of the October 16, 2006 hearing concludes that an evidentiary hearing is necessary to resolve the disputed issues, the parties agree that the

Stipulation and [Proposed] Order                    1

1 evidentiary hearing may be set for a later date.

2     The Probation Office has been informed of the requested scheduling change and has
3 agreed to the proposed hearing date.

5 Dated: September 11, 2006

6                           s/_____
                            CYNTHIA C. LIE
7                             Assistant Federal Public Defender

9 Dated: September 11, 2006

10                           s/_____
                            SHAWNA YEN
11                            Assistant United States Attorney

13                         **[PROPOSED] ORDER**

14     Good cause appearing and by stipulation of the parties, it is hereby ordered that the date
15 for filing of defendant's reply brief re: Probation's Request to Modify the Special Conditions of
16 Supervised Release shall be extended to October 2, 2006, and that the date for argument on the
17 Request to Modify shall be continued from September 18, 2006 to October 16, 2006 at 1:30 p.m.

18 Dated: September __12__, 2006

19                 _____
                JAMES WARE
20                 United States District Judge